# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **NUWAVE, LLC,**<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>**HEXMANWORLD LLC**<br>    **d/b/a INFRAOVENS**<br><br>    Defendant/Counter-Plaintiff. | Civil Action No. 6:21-cv-01122-RBD-GJK |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff NuWave, LLC and Defendant Hexmanworld LLC d/b/a Infraovens, through their respective undersigned counsel, hereby jointly notify the Court, pursuant to Local Rule 3.09, that they ("the Parties") have reached a settlement in principle regarding all claims, defenses, and counterclaims in this case. The Parties are working to finalize a written settlement agreement and anticipate dismissal of this case in the near future. Accordingly, the Parties respectfully request that the case be dismissed, subject to the right of a Party to move to re-open the case for entry of stipulated final order or judgement or for future proceedings.

DATED: November 8, 2021

/s/ Nicholas S. Lee
Edward L. Bishop (*admitted PHV*)
ebishop@bdl-iplaw.com
Nicholas S. Lee (*admitted PHV*)
nlee@bdl-iplaw.com
Stephanie N. White (*admitted PHV*)
swhite@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Rd., Suite 800
Schaumburg, IL 60173
Phone: (847) 969 - 9123
Facsimile: (847) 969 -9124

Respectfully submitted,

/s/ Ava K. Doppelt *with permission*
Ava K. Doppelt, Esq.
Florida Bar No. 393738
adoppelt@allendyer.com
ALLEN, DYER, DOPPELT & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Orlando, FL 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

*Attorney for Defendant Hexmanworld, LLC*

James S. Toscano (Florida Bar No. 899909)
LOWNDES, DROSDICK, DOSTER,
KANTOR & REED, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
james.toscano@lowndes-law.com
carol.anderson@lowndes-law.com
litcontrol@lowndes-law.com

*Attorneys for Plaintiff NuWave, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all ECF-registered parties by the operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Nicholas S. Lee  
Nicholas S. Lee
