UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NUWAVE LLC,

      Plaintiff,

v.                                       Case No:   6:21-cv-1122-RBD-GJK

HEXMANWORLD LLC

      Defendant.

_____

**ORDER OF DISMISSAL**

This cause is before the Court upon the Joint Notice of Settlement in Principle (Doc. 67), indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

2

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 19, 2021.

ROY B. DALTON JR.
United States District Judge